*Bowen* and *Howard S. Bailey,* Assistant Attorneys General, for respondent.

No. 44, Misc. DALTON *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Felicia H. Dubrovsky* for respondent.

No. 49, Misc. PRINCE *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. J. E. Taylor,* Attorney General of Missouri, and *Gordon P. Weir,* Assistant Attorney General, for respondent.

No. 78, Misc. OWENS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for the United States.

No. 94, Misc. WETHERBEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 140, Misc. ADAMS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Sam W. Davis* for petitioner. *Price Daniel,* Attorney General of Texas, *Joe R. Greenhill,* First Assistant Attorney General, and *Jesse P. Luton, Jr.,* Assistant Attorney General, for respondent.

No. 183, Misc. GIBSON *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. *Fred N. Howser,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for respondent.